■ JASMIN PENA, an Infant, by Her Mother and Natural Guardian, ELIZABETH FORESTIER, et al., Respondents, v CITY OF YONKERS, Appellant. [917 NYS2d 903]—

The infant plaintiff allegedly was injured when her right foot came into contact with a piece of metal protruding from the grassy area of a public sidewalk.

The defendant, City of Yonkers, established its prima facie entitlement to judgment as a matter of law by submitting evidence sufficient to demonstrate that it did not have prior written notice of the alleged defect (*see* Charter of City of Yonkers § C24-11; *Lawler v City of Yonkers*, 45 AD3d 813 [2007]; *Rochford v City of Yonkers*, 12 AD3d 433 [2004]). In opposition, the plaintiffs failed to raise a triable issue of fact because they offered only speculation that the defendant created the alleged defect (*see Patti v Town of N. Hempstead*, 23 AD3d 362 [2005]; *Regan v City of New York*, 8 AD3d 462 [2004]). Accordingly, the Supreme Court should have granted the defendant's motion for

summary judgment dismissing the complaint. Covello, J.P., Chambers, Lott and Cohen, JJ., concur.